UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

ROBERT JOHNSON, )
 )
    Petitioner, )
 )
v. ) Nos.: 2:13-cv-170; 2:09-cr-31
 ) *Judge Jordan*
UNITED STATES OF AMERICA, )
 )
    Respondent. )

## ORDER AMENDING JUDGMENT

Pursuant to the order this day entered, it is hereby **ORDERED** that the term of imprisonment set forth in the "IMPRISONMENT" section on page 2 of this Court's judgment entered on October 7, 2010, is **AMENDED** to read in its entirety as follows:

> **The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TIME SERVED.**

It is also **ORDERED** that the term of supervised release set forth in the "SUPERVISED RELEASE" section on page 3 of that judgment is **AMENDED** to read in its entirety as follows:

> **Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years.**

This order shall take effect ten days from its entry in order to give the Bureau of Prisons time to process petitioner's release. Except as provided above, all provisions of the judgment dated October 7, 2010, shall remain in effect.

    **SO ORDERED**.

    **ENTER**:

                                  s/ Leon Jordan
                                United States District Judge